

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00842-CV

**2 FAT GUYS INVESTMENTS, INC. D/B/A 2 FAT GUYS** and Vladimir Minozevski,
Appellants

v.

Dallas **FLOYD**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023-CV-02015
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: February 4, 2026

APPEAL DISMISSED

On January 25, 2026, appellants filed their "Unopposed Motion to Dismiss Appeal," moving this court to dismiss their appeal. Appellants' motion to dismiss their appeal is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM